# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LASHAUNDA N. WILSON  
1130 MINNS DRIVE, APT. 8  
MACHESNEY PARK, IL  61115  
SSN-xxx-xx-5568

Case Number: 08-72059

Case filed on: 6/27/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT FIRST NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIVERSIFIED ADJUSTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AVERY & DOROTHY WOODS | 2,425.00 | 2,425.00 | 0.00 | 0.00 |
|  | Total Priority | 2,425.00 | 2,425.00 | 0.00 | 0.00 |
| 023 | LASHAUNDA N. WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GRESTY'S AUTO SALE | 1,047.42 | 1,047.00 | 0.00 | 0.00 |
|  | Total Secured | 1,047.42 | 1,047.00 | 0.00 | 0.00 |
| 001 | GRESTY'S AUTO SALE | 0.00 | 0.42 | 0.00 | 0.00 |
| 002 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AVERY & DOROTHY WOODS | 1,072.50 | 1,072.50 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 740.19 | 740.19 | 0.00 | 0.00 |
| 005 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | THE STUDENT LOAN CORPORATION | 47,068.98 | 47,068.98 | 0.00 | 0.00 |
| 009 | EDUCATIONAL LOAN CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GEMB / JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NISSAN MOTOR ACCEPTANCE CORP | 11,090.65 | 11,090.65 | 0.00 | 0.00 |
| 014 | SPRINT | 602.49 | 602.49 | 0.00 | 0.00 |
| 015 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SECURITY FINANCE | 232.00 | 232.00 | 0.00 | 0.00 |
| 017 | STATE OF IL., DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 438.75 | 438.75 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 524.91 | 524.91 | 0.00 | 0.00 |
| 020 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | THE STUDENT LOAN CORPORATION | 6,710.55 | 6,710.55 | 0.00 | 0.00 |
| 022 | ERROR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 68,481.02 | 68,481.44 | 0.00 | 0.00 |
|  | Grand Total: | 71,953.44 | 71,953.44 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00  
Trustee Allowance:       $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  10/30/2008          By  /s/Heather M. Fagan